# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

RONALD WADDLES

                Plaintiff

  v.

                                              Civil Action No.  1:23-cv-220

METROPOLITAN LIFE INSURANCE COMPANY
*doing business as*
METLIFE DISABILITY

                Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff_____
recover from the defendant _____ the amount of_____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

☒ Other: Judgment is ENTERED in favor of defendant Metropolitan Life Insurance Company and against plaintiff Ronald Waddles.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Gretchen S. Lund on Defendant's Motion for Summary Judgment

DATE: 6/20/2025                            CHANDA J. BERTA, CLERK OF COURT

                                                           by   s/ S. Jarrell_____
                                                           *Signature of Clerk or Deputy Clerk*